## LOUIS DeBERADINIS
*vs.*
## ALLEN BROS., INC., ET AL.

Superior Court          Fairfield County          File No. 63365

MEMORANDUM FILED APRIL 11, 1942.

*Keogh & Candee,* of South Norwalk, for the Plaintiff.

*Pullman & Comley,* of Bridgeport, for the Defendants.

CORNELL, J. The jury returned a verdict for the defendants in the above entitled case which was accepted on March 15, 1942, at 12:33 p.m. The plaintiff moved to set this aside by motion which was filed with the Clerk of the Superior Court on March 19, 1942, at 4:33 p.m., which, of course, was later than the period of 24 hours within which it is required that such a motion be filed. (Practice Book, [1934] §229.)

No application was made to the court to extend the time for filing the motion to set the verdict aside and under the ruling in *Aubrey vs. City of Meriden,* 121 Conn. 361, 364, 365, there seems no reason why the motion to strike from the files should not be granted.

So ordered.